UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>        Defendant. | Case No. 18-cv-01316-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice because it was filed in the wrong judicial district.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 11, 2018

_____
SUSAN ILLSTON
United States District Judge